1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              **MDL NO. 1699**
    MARKETING SALES PRACTICES AND          **District Judge:  Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *Judy Shearer, et al. vs. Pharmacia Inc, et al.*   **STIPULATION AND ORDER OF**
    (05-4581 CRB)                                       **DISMISSAL WITH PREJUDICE**
16

17  *Barbara J. Williams vs. Pfizer Inc, et al.*
    (06-1670 CRB)

18  *Michele Walker, et al. vs. Pfizer Inc, et al.*
    (06-1878 CRB)
19

20  *Stephanie Shearer vs. Monsanto Company, et al.*
    (06-1902 CRB)
21

22  *Joe Vega, et al. vs. Pfizer Inc, et al.*
    (06-2440 CRB)

23  *Brad Henry Taylor vs. Pfizer Inc, et al.*
    (06-2577 CRB)
24

25  *James Preston Taylor vs. Pfizer Inc, et al.*
    (06-2863 CRB)

26  *John H. Roberts, Jr. vs. Pfizer Inc, et al.*
    (06-3062 CRB)
27

28  *Patsy Lynn Stegall vs. Pfizer Inc, et al.*
    (06-3084 CRB)

                              -1-

EAST\42592415.1

1

2  *Andrea Sanborn, et al. vs. Pfizer Inc, et al.*
   (06-3100 CRB)

3  *Barbara Smith, et al. vs. Pfizer Inc, et al.*
   (06-3102 CRB)
4
   *Arnold Swick vs. Pfizer Inc*
5  (06-3304 CRB)

6  *Corrine Morrisette vs. Pfizer Inc, et al.*
   (06-3363 CRB)
7
   *Sylvia Wingard vs. Pfizer Inc, et al.*
8  (06-3653 CRB)

9  *Susan Smith vs. Pfizer Inc, et al.*
   (06-3951 CRB)
10
   *Clarence Edward Smith vs. Pfizer Inc, et al.*
11 (06-3957 CRB)

12 *Mary Vernick vs. Pfizer Inc, et al.*
   (06-4102 CRB)
13
   *Patricia Ann Kennedy Watson vs. Pfizer Inc, et*
14 *al.*
   (06-4285 CRB)
15
   *Marvin Rogers vs. G.D. Searle LLC, et al.*
16 (06-4514 CRB)

17 *Shirley Lindeen vs. G.D. Searle LLC, et al.*
   (06-4515 CRB)
18
   *Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et*
19 *al.*
   (06-4547 CRB)
20
   *Charles Snodgrass vs. Pfizer Inc, et al.*
21 (06-4661 CRB)

22 *John Vandale vs. Pfizer Inc, et al.*
   (06-5257 CRB)
23
   *William Coulson, et al. vs. Pfizer Inc, et al.*
24 (06-5261 CRB)

25 *Dick Shepherd vs. Pfizer Inc, et al.*
   (06-5417 CRB)
26
   *Robin Morrison, et al. vs. Pfizer Inc, et al.*
27 (06-6900 CRB)

28 *Rosa Cebreros, et al. vs. Pfizer Inc, et al.*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1 | (06-7003 CRB)

2 | *Marsha Fiorini, et al. vs. Pfizer Inc, et al.*
(06-7113 CRB)

3 |

*Florence Salle vs. Pfizer Inc, et al.*
4 | (06-7207 CRB)

5 | *Jimmie A. Scott vs. Pfizer Inc, et al.*
(06-7259 CRB)

6 |

*William Edward Simpson vs. Pfizer Inc, et al.*
7 | (07-0972 CRB)

8 | *Terry Vintson vs. Pfizer Inc, et al.*
(07-0977 CRB)

9 |

*Deanna L. Walston vs. Pfizer Inc, et al.*
10 | (07-1318 CRB)

11 | *Louis Romanelli vs. Pfizer Inc, et al.*
(07-2631 CRB)

12 |

*Johnnie L. West vs. Pfizer Inc, et al.*
13 | (07-5687 CRB)

14 | *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.*
(07-5915 CRB)

15 |

*Gene Summers vs. Pfizer Inc, et al.*
16 | (08-0259 CRB)

17 | *Maria Avendano vs. Pfizer Inc, et al.*
(08-1099 CRB)

18 |

*Mary Woodall vs. Pfizer Inc, et al.*
19 | (08-1183 CRB)

20 | *Mildred Sturdavant vs. Pfizer Inc, et al.*
(08-1976 CRB)

21 |

*Netra Thomas vs. Pfizer Inc, et al.*
22 | (08-2110 CRB)

23 | *John Denton vs. Pfizer Inc, et al.*
(08-2459 CRB)

24 |

*Joanne Schwandt vs. Pfizer Inc, et al.*
25 | (08-2604 CRB)

26 | *Donald Schwanke vs. Pfizer Inc, et al.*
(08-3709 CRB)

27 |

*Cheryl Samuel vs. Pfizer Inc, et al.*
28 | (09-0888 CRB)

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1

2     Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

3  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

4  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

5  each side bearing its own attorneys' fees and costs.

6

7     DATED: 10·29, 2009     By: _____

8                            **BEASLEY, ALLEN, CROW, METHVIN,
                              PORTIS & MILES, P.C.**
9                            218 Commerce Street
                              P.O. Box 4160
10                           Montgomery, Alabama 36103
                              Telephone: 334-269-2343
11                           Facsimile: 334-954-7555

12                           *Attorneys for Plaintiffs*

13

     DATED: Oct. 29, 2009     By: _____
14

15                           **DLA PIPER LLP (US)**
                              1251 Avenue of the Americas
16                           New York, New York 10020
                              Telephone: 212-335-4500
17                           Facsimile: 212-335-4501

18                           *Defendants' Liaison Counsel*

19

20

21   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**
22

23        **NOV 1 3 2009**
     Dated: _____
24
                              Hon. Charles R. Breyer
25                           United States District Court

26

27

28

                                           -4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
     EAST\42592415.1